UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTINE KARILA, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>EF EDUCATION FIRST INTERNATIONAL, LTD. and EF WORLD JOURNEYS, INC. (f/k/a GO AHEAD VACATIONS, INC.),<br><br>*Defendants*. | No. 21-cv-10643-DJC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kristine Karila and Defendants EF Education First International, Ltd. and EF World Journeys, Inc. hereby stipulate and agree that the above action shall be dismissed in its entirety, but that only such claims as have been made by Plaintiff Karila solely in her personal capacity (and not claims made on behalf of a putative class) shall be dismissed with prejudice.  All Parties are to bear their own fees and costs.

Kristine Karila

By Her Attorneys,

*/s/ Sean T. Carnathan* _____
Sean T. Carnathan
O'Connor, Carnathan and Mack LLC
10 Burlington Mall Road, Suite 301
Burlington, MA 01803

        EF Education First International, Ltd. and
        EF World Journeys, Inc.

        By Their Attorneys,

        */s/ Harvey J. Wolkoff*
        Harvey J. Wolkoff
        Quinn Emanuel Urquhart & Sullivan, LLP
        111 Huntington Avenue, Suite 510
        Boston, MA 02199

September 22, 2023